# United States District Court
### for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Moises Silva</u>    Case Number: <u>3:09-00150-08</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>July 13, 2011</u>

Original Offense: <u>21 U.S.C. 846, Conspiracy to Distribute and Possess with Intent to Distribute</u>
<u>Five Kilograms or More of Cocaine</u>

Original Sentence: <u>46 months' custody followed by 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>February 22, 2013</u>

Assistant U.S. Attorney: <u>Brent A. Hannafan</u>    Defense Attorney: <u>Michael Terry</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ The Issuance of a Warrant
    ☐ Sealed Pending Warrant Execution
        (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

*Kara Sanders*

Kara Sanders
U.S. Probation Officer

Considered this 22 day of March , 2013,
and made a part of the records in the above case.

*Todd Campbell*

Todd J. Campbell
U.S. District Judge

Place    Nashville, Tennessee

Date    March 22, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.        Nature of Noncompliance

1.        **The defendant shall not commit another federal, state or local crime**.

On March 6, 2013, at approximatly 6:00 a.m. Mr. Silva was arrested in Columbia, Tennessee and charged with two counts of Contributing to the Delinquency of a Minor. The arrest report is attached for Your Honor's review.

The Maury County Sheriff's Department responded to a suspicious vehicle call at 2430 Steve Drive, Columbia, Tennessee. Sheriff's Deputy Webster responded and the two males in the vehicle reported they were "waiting on a guy they were picking up." Officer Webster was aware there were two juvenile females who resided at the residence and he approached the house to check their welfare. The grandmother of the females answered the door. She allowed Deputy Webster to search the home and Mr. Silva was found hiding in a closet in the bedroom where a 15 year-old and 17 year-old female were residing. The females denied knowing he was in the home, but it was discovered later that they were with Mr. Silva at a party the previous evening and he returned home with them around 5:00 a.m. Mr. Silva is 28 years-old. Both of the females were charged with curfew violations and one with underage consumption.

Mr. Silva did report the arrest after bonding out of custody. He reported for a drug test on March 7, 2013, and was negative for illegal substances, however, did admit to drinking alcohol on or about March 6, 2013. His next Court date is April 3, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

Moises Silva began his term of supervised release on February 22, 2013, and is scheduled to terminate supervision on February 21, 2018.

He resides in Columbia, Tennessee with his sister, Maria Silva, and reports he is looking for employment. Mr. Silva has a mental health evaluation pending with Centerstone Mental Health in Columbia, Tennessee. He did attend mental health and substance abuse treatment, with the Evelyn Frye Center, during his Bureau of Prisons confinement at Dierson Charities from August 2012 to February 2013.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that no action be taken at this time and Mr. Silva be allowed to continue on supervision. However, these violations may be considered in the future, if necessary. Any conviction on the reported charges or future violations will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

Britton Shelton
Supervisory U.S. Probation Officer

# ADMINISTRATIVE

| CASE NO. 021229_395382119 | REPORTING OFFICER Webster 140 | **INCIDENT REPORT MAURY COUNTY SHERIFF'S DEPARTMENT TN0600000** |
|---|---|---|

ZONE ☐ 1 ☒ 3 ☐ CITY  ☐ 2 ☐ 4

ASSISTING OFFICER Voss 106 / Wray 120

REPORT CLASS ☒ ARREST ☐ OFFENSE

REPORT TYPE ☒ INITIAL ☐ SUPPLEMENT

INCIDENT STATUS
☐ UNFOUNDED — A
☒ CLEARED BY — B
☐ ARREST — C
☐ CLEARED — D
☐ EXCEPTIONALLY — E
DATE 03/06/2013 — N

EXCEPTIONAL CLEARANCE
☐ DEATH OF OFFENDER
☐ PROSECUTION DECLINED
☐ EXTRADITION DECLINED
☐ REFUSED TO COOPERATE
☐ JUVENILE, NO CUSTODY
☐ NOT APPLICABLE

| OCCURRENCE DATE 03/06/2013 | OCCURRENCE TIME 06:22 | REPORT DATE 03/06/2013 | TIMES: | TR 05:08 | TD 05:09 | TA 05:17 |
|---|---|---|---|---|---|---|

| INCIDENT LOCATION | 2430 Steve Drive | AT 06:22 | TJ 06:32 | TC 07:09 |
|---|---|---|---|---|

# OFFENSE

| | OFFENSE | UCR CODE | TCA CODE | OFFICE USE ONLY |
|---|---|---|---|---|
| 1. | Contributing to the delinquency of a minor | 90z | 37-1-156 | |
| 2. | Contributing to the delinquency of a minor | 90z | 37-1-156 | 2. ___ |
| 3. | | | | 3. ___ |
| 4. | | | | 4. ___ |
| 5. | | | | 5. ___ |

## BIAS MOTIVATION FOR OFFENSE #1

**RACIAL**
11 ☐ ANTI-WHITE
12 ☐ ANTI-BLACK
13 ☐ ANTI-AMERICIAN INDIAN / ALASKAN NATIVE
14 ☐ ANTI-ASIAN / PACIFIC ISLANDER
15 ☐ ANTI-MULTI RACIAL GROUP

**ETHNICITY / NATIONAL ORGIN**
31 ☐ ANTI-ARAB
32 ☐ ANTI-HISPANIC
33 ☐ ANTI-OTHER ETHNICITY / NATIONAL ORGIN

**RELIGIOUS**
21 ☐ ANTI-JEWISH
22 ☐ ANTI-CATHOLIC
23 ☐ ANTI-PROTESTANT
24 ☐ ANTI-ISLAMIC ( MOSLEM)
25 ☐ ANTI-OTHER RELIGION
26 ☐ ANTI-MULTI-RELIGIOUS GROUP
27 ☐ ANTI-ATHEISM / AGNOSTICISM

**SEXUAL**
41 ☐ ANTI-MALE HOMOSEXUAL (GAY)
42 ☐ ANTI-FEMALE HOMOSEXUAL (LESBIAN)
43 ☐ ANTI-HOMOSEXUAL (GAYS AND LESBIANS)
44 ☐ ANTI-HETROSEXUAL
45 ☐ ANTI-BISEXUAL

**DISABILITY**
52 ☐ ANTI-PHYSICAL
53 ☐ ANTI-MENTAL
88 ☒ NONE
99 ☐ UNKNOWN

ENTER BIAS MOTIVATION CODE IF DIFFERENT FROM OFFENSE #1
#2 _88_
#3 ___
#4 ___
#5 ___

| 01 ☐ AIR / BUS / TRAIN TERMINAL | 09 ☐ DRUG STORE / DR OFFICE / HOSPITAL | 17 ☐ LIQUOR STORE |
|---|---|---|
| 02 ☐ BANK / SAVINGS & LOAN | | 18 ☐ PARKING LOT / GARAGE |
| 03 ☐ BAR / NIGHT CLUB | 10 ☐ FIELD / WOODS | 19 ☐ RENTAL / STORAGE FACILITY |
| 04 ☐ CHURCH / SYNAGOGUE / TEMPLE | 11 ☐ GOVERMENT / PUBLIC BUILDING | 20 ☒ RESIDENCE HOME |
| 05 ☐ COMMERCIAL / OFFICE BUILDING | 12 ☐ GROCERY / SUPERMARKET | 21 ☐ RESTRUANT |
| 06 ☐ CONSTRUCTION SITE | 13 ☐ HIGHWAY / ROAD / ALLEY | 22 ☐ SCHOOL / COLLEGE |
| 07 ☐ COVENIENCE STORE | 14 ☐ HOTEL / MOTEL / ECT | 23 ☐ SERVICE / GAS STATION |
| 08 ☐ DEPARTMENT / DISCOUNT STORE | 15 ☐ JAIL / PRISON | 24 ☐ SPECIALTY STORE ( TV, FURN, ECT) |
| | 16 ☐ LAKE / WATERWAY | 25 ☐ OTHER / UNKNOWN |

**OFFENSE STATUS ( CHECK ONLY ONE PER OFFENSE)**
1. A ☐ ATTEMPTED   C ☒ COMPLETED
2. A ☐ ATTEMPTED   C ☒ COMPLETED
3. A ☐ ATTEMPTED   C ☐ COMPLETED
4. A ☐ ATTEMPTED   C ☐ COMPLETED
5. A ☐ ATTEMPTED   C ☐ COMPLETED

**FOR BURGLARIES / ROBBERIES ONLY**
DID INCIDENT INVOLVE A HOME INVASION ☐ YES ☐ NO
# OF PREMISES ENTERED ___
METHOD OF ENRTY ☐ FORCIBLE ☐ NO FORCE

**TYPE OF CRIMINAL ACTIVITY: ( CHECK UP TO THREE)**
B ☐ BUYING / RECEIVING
C ☐ CULTIVATING / MANUFACTURING / PUBLISHING
D ☐ DISTRIBUTING / SELLING
E ☐ EXPLOITING CHILDREN
O ☐ OPERATING / PROMOTING / ASSISTING
P ☐ POSSESSING / CONCEALING
T ☐ TRANSPORTING / TRANSMITTING / IMPORTING
U ☐ USING / CONSUMING

**TYPE WEAPON / FORCE INVOLVED: (CHECK UP TO THREE)**
☐ FIREARM
☐ HANDGUN
☐ RIFLE
☐ SHOTGUN
☐ OTHER FIREARM
☐ KNIFE / CUTTING INSTR.
☐ BLUNT OBJECT
☐ MOTORVEHICLE
☐ PERSONAL WEAPONS
☐ POISON
☐ EXPLOSIVES
☐ FIRE / INCENDIARY
☐ NARCOTICS / DRUGS
☐ ASPHYXIATION
☐ OTHER
☐ UNKNOWN ☒ NONE

#2 _n_  #3 ___
#4 ___  #5 ___

**OFFENDER(S) USED**
A ☐ ALCOHOL
C ☐ COMPUTER EQUIPMENT
D ☐ DRUGS
N ☒ NOT APPLICABLE

**GANG ACTIVITY**
☐ JUVENILE GANG
☐ OTHER GANG
☐ JUVENILE & OTHER
☒ NO GANG ACTIVITY

| NAME | |
|---|---|
| GANG #1 | |
| GANG #2 | |

**GANG TYPE** #2 ___
T ☐ PRISON GANGS / SECURITY THREAT GROUP
S ☐ STREET GANG
O ☐ OUTLAW MOTORCYCLE GANG
C ☐ ORGANIZED CRIME
R ☐ TERRORIST / SUBVERSIVE GROUP
M ☐ MISCELLANEOUS

OFFICE USE ONLY

APPROVED BY: _____ DATE: _____

## PROPERTY

TYPE OF PROPERTY LOSS/ECT. (ENTER NUMBER IN TYPE PROPERTY LOSS COLUMN BELOW)

☑ 1.NONE ☐ 2.BURNED ☐ 3.COUNTERFEITED / FORGED ☐ 4.DESTROYED / DAMAGED ☐ 5.RECOVERED ☐ 6.SEIZED ☐ 7.STOLEN ☐ 8.UNKNOWN

| CATEGORY CODE | PROPERTY DESCRIPTION (INCLUDING MAKE, MODEL, SIZE, TYPE, COLOR, ECT.) | QUANTITY | VALUE | TYPE PROPERTY LOSS | SERIAL # | DATE RECOVERED (MM / DD / YY) | RECOVERED QUANTITY | RECOVERED VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

IF THE OFFENSE IS ARSON AND THE PROPERTY WAS A STRUCTURE, WAS THE STRUCTURE OCCUPIED?   ☐ YES   ☐ NO

PROPERTY CATEGORY TABLE ( ENTER NUMBER IN CODE COLUMN ABOVE)

01 AIRCRAFT
02 ALCOHOL
03 AUTOMOBILES
04 BICYCLES
05 BUSES
06 CLOTHES / FURS
07 COMPUTER HARDWARE / SOFTWARE
08 CONSUMABLE GOODS
09 CREDIT / DEBIT CARDS
10 DRUGS / NARCOTICS
11 DRUGS / NARCOTIC EQUIPMENT
12 FARM EQUIPMENT
13 FIREARMS
14 GAMBLING EQUIPMENT
15 HEAVY CONSTRUCTION / INDUSTRIAL EQUIPMENT
16 HOUSEHOLD GOODS
17 JEWELRY / PRECIOUS METALS
18 LIVESTOCK
19 MERCHANDISE
20 MONEY
21 NEGOTABLE INSTRUMENTS
22 NONNEGOTABLE INSTRUMENTS
23 OFFICE-TYPE EQUIPMENT
24 OTHER MOTHER VEHICLES
25 PURSES / HANDBAGS / WALLETS
26 RADIOS / TVS / VCR'S
27 RECORDINGS-AUDIO / VISUAL
28 RECREATIONAL VEHICLES
29 STRUCTURES-SINGLE OCCUPANCY DWELLINGS
30 STRUCTURES-OTHER DWELLINGS
31 STRUCTURES-OTHER COMMERCIAL / BUSINESS
32 STRUCTRES-INDUSTRIAL / MANUFACTURING
33 STRUCTRES-PUBLIC / COMMUNITY
34 STRUCTURES-STORAGE
35 STRUCTURES-OTHER
36 TOOLS-POWER / HAND
37 TRUCKS
38 VEHICL PARTS / ASSESCORIES
39 WATERCRAFT
77 OTHER
88 PENDING INVENTORY
99 SPECIAL

## VEHICLE

| LICENSE NO: | STATE: | STYLE: | MAKE: | YEAR: | VEHICLE ID #: |
|---|---|---|---|---|---|
| | | | MODEL | COLOR | |

DESCRIPTION:   PARTS: ☐ YES   ☐ NO

| LICENSE NO: | STATE: | STYLE: | MAKE: | YEAR: | VEHICLE ID #: |
|---|---|---|---|---|---|
| | | | MODEL | COLOR | |

DESCRIPTION:   PARTS: ☐ YES   ☐ NO

## DRUG

| | ESTIMATED QUANTITY | TYPE / MEASUREMENT | DRUG TYPES: | #2 | #3 | TYPE OF DRUG MEASUREMENTS |
|---|---|---|---|---|---|---|
| DRUG #1 | | | A. ☐ CRACK COCAINE | G. ☐ OPIUM | M. ☐ OTHER STIMULANTS | WEIGHT:   CAPACITY:   UNITS: |
| | | | B. ☐ COCAINE (OTHER) | H. ☐ OTHER NARCOTICS | N. ☐ BARBITURATES | GM=GRAM ML=MILLITER DU=DOSAGE |
| DRUG #2 | | | C. ☐ HASHISH | I. ☐ LCD | O. ☐ OTHER DEPRESSANTS | KG=KILOGRAM LT=LITTER UNIT |
| | | | D. ☐ HEROIN | J. ☐ PCP | P. ☐ OTHER DRUGS | OZ=OUNCE FL=FLUID NP=NO. OF |
| DRUG #3 | | | E. ☐ MARIJUANA | K. ☐ OTHER HALLUEIN | U. ☐ UNKNOWN TYPE | LB=POUND OUNCE PLANTS |
| | | | F. ☐ MORPHINE | L. ☐ AMPHET./METH. | X. ☐ OVER THREE TYPE | GL=GALLON XXX= NOT REPORTED |

### IF MARIJUANA IS CHOSEN, PROVIDE THE INFORMATION BELOW

☐ INDOOR   ☐ OUTDOOR   ☐ BOTH   NUMBER OF PLOTS:   LONGITUDE:   LATITUDE:

## LEOKA

TYPE OF LEOKA:

N ☒ NOT LEOKA INCIDENT
A ☐ LAW ENFORCEMENT OFFICER ASSAULTED
F ☐ LAW ENFORCEMENT OFFICIAL KILLED ( FELONY)
O ☐ LAW ENFORCEMENT OFFICIAL KILLED (ACCIDENT / NEGLIGENT / OTHER)

TYPE OF VEHICLE:

01 ☐ TWO-MAN VEHICLE UNIFORMED OFFICER
02 ☐ ONE-MAN VEHICLE ALONE UNIFORMED OFFICER
03 ☐ ONE-MAN VEHICLE ASSISTED
04 ☐ DETECTIVE/ SPECIAL ASSIGNMENT ALONE
05 ☐ DETECTIVE/SPECIAL ASSUGBNEBT ASSISTED
06 ☐ OTHER ALONE
07 ☐ OTHER ASSISTED

CIRCUMSTANCES INVOLVED:

01 ☐ RESPONDING TO DISTURBANCE - (DOMESTIC)
02 ☐ RESPONDING TO DISTURBANCE - (OTHER)
03 ☐ BURGLARIES IN PROGRESS / PURSUING BURGLARY SUSPECTS
04 ☐ ROBBERIES IN PROGRESS / PURSUING ROBBERY SUSPECTS
05 ☐ ATTEMPTING OTHER ARRESTS
06 ☐ CIVIL DISORDERS
07 ☐ HANDLING / TRANSPORTING PRISONERS
08 ☐ INVESTIGATING SUSPICIOUS PERSONS / CIRCUMSTANCES
09 ☐ AMBUSH, NO WARNING
10 ☐ MENTALLY DERANGED
11 ☐ TRAFFIC PURSUITS AND STOPS
12 ☐ ALL OTHERS

| | WITNESS #1 NAME: (LAST, MIDDLE, FIRST) | | RESIDENIAL PHONE: |
|---|---|---|---|
| **WITNESS** | ADDRESS (STREET, CITY, ZIP) | | BUSINESS PHONE: |
| | WITNESS #2 NAME: (LAST, MIDDLE, FIRST) | | RESIDENIAL PHONE: |
| | ADDRESS (STREET, CITY, ZIP) | | BUSINESS PHONE: |
| **COMPL** | NAME: (LAST, MIDDLE, FIRST) | Unknown caller to ecom | RESIDENIAL PHONE: |
| | ADDRESS (STREET, CITY,ZIP) | | BUSINESS PHONE: |

**NARRATIVE**

     On this date I was dispatched to Steve Drive in regards to a suspicious vehicle in the road. Upon my arrival I found a vehicle partially in the roadway occupied by two males. As I spoke to them they advised they were waiting on a guy they were picking up from a residence. They pointed to 2430 Steve Drive. They advised all they know is the guy is called "Mo". The driver of the vehicle advised he had contact with "Mo" via text. I told the driver to tell "Mo" to come outside. As I adressed the situation in the street, a good period of time passed and "Mo" did not come out.

     2430 Steve Drive is a house I am familiar with due to a previous call. I remembered it had at least two juvenile females who lived with their dad. There was no vehicle in the drive way which led me to believe dad was not home. After speaking to Sgt Voss I approached the house to check welfare. I was greeted at the door by a female who was the juveniles grandmother. She advised there was no one at the house but allowed me to come in and check. She took me to the back bedroom where I found two females 15 and 17 years old laying in bed with the light on. The didn't know anything about "Mo" being at the house. I opened the closet to find Moises Silva hiding. Silva advised me that he was 28 years old. I place Silva in hand cuffs and advised him he was being detained at 05:45. He was not officially arrested until 06:22. As I spoke to him and the two females they tried to not say anything. With the help of the subjects in the street I learned that Silva had been at a party that night with the two females. He brought them home to one of the girls houses on Steve drive around 05:00. I spoke to the father of the house. He advised he had no knowledge that his daughter had snuck out to the party. He also said he did not know Silva was in his house nor was he welcome. I spoke to the other females mother over the phone. She did not know that her daughter was at the house on Steve Drive. She was furious to find out her daughter was there. Furthermore, she did not know her daughter was at a party or know who Silva was.

     Silva was arrested with two counts of contributing to the delinquency of a minor and taken to the jail. Both females were charged with curfew violations and one with underage consumption. See also report 2013-c-09555. End of report

| NUMBER OF OFFENDER (S) : 1 | | OFFENDER ARRESTED | | ARREST DATE |
|---|---|---|---|---|
| IF MORE THEN (1) OFFENDER, PROVIDE ADDITIONAL INFORMATION ON SUPPLEMENT SHEET | | ☒ YES ☐ NO | | 03/06/2013 |

**OFFENDER / ARRESTEE**

| OFFENDER # 1 | (LAST) Silva | (FIRST) Moises | (MIDDLE) | HOME PHONE (931) 398-8726 |
|---|---|---|---|---|

| ADDRESS ~~123 South High Street~~ | CITY Columbia | STATE Tn | ZIP 38401 | WORK PHONE |
|---|---|---|---|---|

| DOB ~~/1983~~ | AGE 29 | HEIGHT 5'10" | WEIGHT 180 | EYE Bro | HAIR Blk | DRIVER'S LICENSE # 094162009 | STATE Tn | SSN ~~5377~~ |
|---|---|---|---|---|---|---|---|---|

| SEX | | RACE | | ADDITIONAL DESCRIPTION ( CLOTHING) |
|---|---|---|---|---|
| M ☒ MALE | | W ☒ WHITE | | |
| F ☐ FEMALE | | B ☐ BLACK | | SCARS / MARKS / TATTOOS |
| U ☐ UNKNOWN | | I ☐ INDIAN | | |
| | | A ☐ ASIAN | | MISC |
| | | U ☐ UNKNOWN | | |

ARRESTEE ARMED WITH ( CHECK UP TO TWO) ENTER A IN BOX IF AUTOMATIC

| 01 ☒ UNARMED | 14 ☐ SHOTGUN |
|---|---|
| 11 ☐ FIREARM | 15 ☐ OTHER FIREARM |
| (TYPE NOT STATED) | 16 ☐ LETHAL CUTTING INSTRUMENT |
| 12 ☐ HANDGUN | (E.G SWITCH BLADE, KNIFE, ECT.) |
| 13 ☐ RIFLE | 17 ☐ CLUB / BLACKJACK, BRASS KNUCKLES |

TYPE OF ARREST
- O ☒ ON-VIEW
- S ☐ SUMMONED / CITED
- T ☐ TAKEN INTO CUSTODY

DISPOSITION OF ARRESTEE UNDER 18:
- H ☐ HANDLED WITHIN DEPARTMENT
- R ☐ REFERRED TO OTHER AUTHORITIES

TIBRS OFFENSE CODE (S)
| 1. 90z | 3. | 5. |
|---|---|---|
| 2. | 4. | |

| ARRESTEE ETHNICITY: | RESIDENT STATUS: | MULTIPLE CLEARANCE INDICATOR | WAS THERE EVIDENCE SEIZED IN THIS CASE |
|---|---|---|---|
| H ☐ HISPANIC | R ☒ RESIDENT | M ☐ MULTIPLE | ☐ YES ☒ NO |
| N ☒ NON-HISPANIC | N ☐ NON-RESIDENT | C ☐ COUNT ARRESTEE | |
| U ☐ UNKNOWN | U ☐ UNKNOWN | N ☒ NOT APPLICABLE | IF YES, COMPLETE PROPERTY SEGMENT |

FINGERPRINT CARD NO:

**VICTIM**

| NUMBER OF VICTIM (S) : 2 | | | |
|---|---|---|---|
| | IF MORE THEN (1) VICTIM, PROVIDE ADDITIONAL INFORMATION ON SUPPLEMENT SHEET | | |
| | IS THE VICTIM ALSO THE COMPLAINANT ☐ YES | ☒ NO | |

| VICTIM # 1 | (LAST) Indermuehle | (FIRST) Jennifer | (MIDDLE) | HOME PHONE (931) 223-5616 |
|---|---|---|---|---|

| ADDRESS ~~9 Lookout Drive~~ | CITY Columbia | STATE Tn | ZIP 38401 | WORK PHONE |
|---|---|---|---|---|

| DOB ~~1995~~ | AGE 17 | HEIGHT | WEIGHT | EYE | HAIR | DRIVER'S LICENSE # | STATE | SSN |
|---|---|---|---|---|---|---|---|---|

| TYPE OF VICTIM ( CHECK ONLY ONE) | | RACE | SEX | RESIDENT STATUS: | ETHNICITY: |
|---|---|---|---|---|---|
| I ☒ INDIVIDUAL | R ☐ RELIGIOUS | W ☒ WHITE | M ☐ MALE | R ☒ RESIDENT | H ☐ HISPANIC |
| B ☐ BUSINESS | S ☐ SOCIETY / PUBLIC | B ☐ BLACK | F ☒ FEMALE | N ☐ NON-RESIDENT | N ☒ NON-HISPANIC |
| F ☐ FINANCIAL | O ☐ OTHER | I ☐ INDIAN | U ☐ UNKNOWN | U ☐ UNKNOWN | U ☐ UNKNOWN |
| G ☐ GOVERMENT | U ☐ UNKNOWN | A ☐ ASIAN | | | |
| L ☐ LAW ENFORCEMENT OFFICIAL | | U ☐ UNKNOWN | | | |

AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES:
| 01 ☐ ARGUMENT | 06 ☐ LOVERS' QUARREL |
|---|---|
| 02 ☐ ASSAULT ON LAW OFFICER | 07 ☐ MERCY KILLING |
| 03 ☐ DRUG DEALING | 08 ☐ OTHER FELONY INVOLVED |
| 04 ☐ GANGLAND | 09 ☐ OTHER CIRMSTANCES |
| 05 ☐ JUVENILE GANG | 10 ☐ UNKNOWN CIRMSTANCES |

INJURY TYPE (CHECK UP TO FIVE)
| N ☒ NONE | M ☐ MINOR INJURY |
|---|---|
| B ☐ BROKEN BONES | O ☐ MAJOR INJURY |
| I ☐ POSS. INT. INJURY | T ☐ LOSS OF TEETH |
| L ☐ SEVERE LACERATION | U ☐ UNCONSCIOUSNESS |

VICTIM CONNECTED TO OFFENSE NUMBER ABOVE:
| 1. ☒ | 4. ☐ |
|---|---|
| 2. ☐ | 5. ☐ |
| 3. ☐ | |

RELATIONSHIP OF VICTIM TO OFFENDER
| SE ☐ SPOUSE | GP ☐ GRANDPARENT | SS ☐ STEP SIBLING | BE ☐ BABYSITTEE ( BABY) | EE ☐ EMPLOYEE |
|---|---|---|---|---|
| CS ☐ COMMON-LAW SPOUSE | GC ☐ GRANDCHILD | OF ☐ OTHER FAMILY | BG ☐ BOY / GIRL FRIEND | ER ☐ EMPLOYER |
| PA ☐ PARENT | IL ☐ IN-LAW | AQ ☒ ACQUAINTANCE | CF ☐ CHILD OF "B/G" ABOVE | OK ☐ OTHERWISE KNOWN |
| SB ☐ SIBLING | SP ☐ STEP PARENT | FR ☐ FRIEND | HH ☐ HOMESEXUAL REL. | ST ☐ STRANGER |
| CH ☐ CHILD | SC ☐ STEP CHILD | NE ☐ NEIGHBOR | XS ☐ EX-SPOUSE | VO ☐ VICTIM WAS OFFENDER |
| | | | | RU ☐ RELATIONSHIP UNKNOWN |

| IS THE VICTIM A COLLEGE STUDENT | NEGLIGENT MANSLAUGHTER | JUSTIFIABLE HOMICIDE | JUSTIFIABLE HOMICIDE CIRCUMSTANCES: |
|---|---|---|---|
| ☐ YES ☒ NO | (CHECK ONE) | (CHECK ONE) | (CHECK ONE) |
| DID OFFENSE OCCUR ON CAMPUS | 30 ☐ CHILD PLAYING WITH GUN | 20 ☐ CRIMINAL KILLED BY | A ☐ ATTACKED POLICE OFFICER & THAT OFFICER KILLED CRIMINAL |
| ☐ YES ☒ NO ☐ N/A | 31 ☐ GUN CLEANING ACCIDENT | PRIVATE CITIZEN | B ☐ ATTACKED OFFICER & FELLOW OFFICER KILLED CRIMINAL |
| | 32 ☐ HUNTING ACCIDENT | 21 ☐ CRIMINAL KILLED BY | C ☐ CRIMINAL ATTACKED A CIVILIAN |
| DOMESTIC VIOLENCE ☐ YES ☒ NO | 33 ☐ OTHER NEGLIGENT WEAPON HANDLING | POLICE OFFICER / | D ☐ ATTEMPTED FLIGHT FROM A CRIME |
| VICTIM TRANSPORTED TO SAFE PLACE | 34 ☐ OTHER NEGLIGENT KILLING | LAW ENFORCEMENT OFFICIAL | E ☐ KILLED IN COMMISSION OF A CRIME |
| ☐ YES ☒ NO | | | F ☐ RESISTED ARREST |
| DID INCIDENT INVOLVE A VIOLATION OF AN | | | G ☐ UNABLE TO DETERMINE / NOT ENOUGH INFORMATION |
| ORDER OF PROTECTION | WARRANT SIGNED BY (DOMESTIC VIOLANCE ONLY) | | |
| ☐ YES ☐ NO | ☐ OFFICER ☐ VICTIM ☐ BOTH | | |

## OFFENDER / ARRESTEE

NUMBER OF OFFENDER (S) : _____
IF MORE THEN (1) OFFENDER, PROVIDE ADDITIONAL INFORMATION ON SUPPLEMENT SHEET

OFFENDER ARRESTED: ☐ YES  ☐ NO
ARREST DATE

| OFFENDER # | (LAST) | (FIRST) Same as above | (MIDDLE) | HOME PHONE |
|---|---|---|---|---|

| ADDRESS | CITY | STATE | ZIP | WORK PHONE |
|---|---|---|---|---|

| DOB | AGE 0 | HEIGHT | WEIGHT | EYE | HAIR | DRIVER'S LICENSE # | STATE | SSN |
|---|---|---|---|---|---|---|---|---|

**SEX**
☐ M MALE
☐ F FEMALE
☐ U UNKNOWN

**RACE**
☐ W WHITE
☐ B BLACK
☐ I INDIAN
☐ A ASIAN
☐ U UNKNOWN

ADDITIONAL DESCRIPTION ( CLOTHING )

SCARS / MARKS / TATTOOS

MISC

**ARRESTEE ARMED WITH ( CHECK UP TO TWO) ENTER A IN BOX IF AUTOMATIC**
- 01 UNARMED
- 11 FIREARM (TYPE NOT STATED)
- 12 HANDGUN
- 13 RIFLE
- 14 SHOTGUN
- 15 OTHER FIREARM
- 16 LETHAL CUTTING INSTRUMENT (E.G SWITCH BLADE, KNIFE, ECT.)
- 17 CLUB / BLACKJACK, BRASS KNUCKLES

**TYPE OF ARREST**
- O ☐ ON-VIEW
- S ☐ SUMMONED / CITED
- T ☐ TAKEN INTO CUSTODY

**DISPOSITION OF ARRESTEE UNDER 18:**
- H ☐ HANDLED WITHIN DEPARTMENT
- R ☐ REFERRED TO OTHER AUTHORITIES

**TIBRS OFFENSE CODE (S)**
1. _____  3. _____  5. _____
2. _____  4. _____

**ARRESTEE ETHNICITY:**
- H ☐ HISPANIC
- N ☐ NON-HISPANIC
- U ☐ UNKNOWN

**RESIDENT STATUS:**
- R ☐ RESIDENT
- N ☐ NON-RESIDENT
- U ☐ UNKNOWN

**MULTIPLE CLEARANCE INDICATOR**
- M ☐ MULTIPLE
- C ☐ COUNT ARRESTEE
- N ☐ NOT APPLICABLE

**WAS THERE EVIDENCE SEIZED IN THIS CASE**
☐ YES  ☐ NO
IF YES, COMPLETE PROPERTY SEGMENT

FINGERPRINT CARD NO:

## VICTIM

NUMBER OF VICTIM (S) :  2
IF MORE THEN (1) VICTIM, PROVIDE ADDITIONAL INFORMATION ON SUPPLEMENT SHEET
IS THE VICTIM ALSO THE COMPLAINANT  ☐ YES   ☒ NO

| VICTIM # 2 | (LAST) Kelley | (FIRST) Breanna | (MIDDLE) Paige | HOME PHONE (931) 223-5744 |
|---|---|---|---|---|

| ADDRESS 2430 Steve Drive | CITY Columbia | STATE Tn | ZIP 38401 | WORK PHONE |
|---|---|---|---|---|

| DOB 15/0 1997 | AGE 15 | HEIGHT | WEIGHT | EYE | HAIR | DRIVER'S LICENSE # | STATE | SSN |
|---|---|---|---|---|---|---|---|---|

**TYPE OF VICTIM ( CHECK ONLY ONE)**
- I ☒ INDIVIDUAL
- B ☐ BUSINESS
- F ☐ FINANCIAL
- G ☐ GOVERMENT
- L ☐ LAW ENFORCEMENT OFFICIAL
- R ☐ RELIGIOUS
- S ☐ SOCIETY / PUBLIC
- O ☐ OTHER
- U ☐ UNKNOWN

**RACE**
- W ☒ WHITE
- B ☐ BLACK
- I ☐ INDIAN
- A ☐ ASIAN
- U ☐ UNKNOWN

**SEX**
- M ☐ MALE
- F ☒ FEMALE
- U ☐ UNKNOWN

**RESIDENT STATUS:**
- R ☒ RESIDENT
- N ☐ NON-RESIDENT
- U ☐ UNKNOWN

**ETHNICITY:**
- H ☐ HISPANIC
- N ☒ NON-HISPANIC
- U ☐ UNKNOWN

**AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES:**
- 01 ☐ ARGUMENT
- 02 ☐ ASSAULT ON LAW OFFICER
- 03 ☐ DRUG DEALING
- 04 ☐ GANGLAND
- 05 ☐ JUVENILE GANG
- 06 ☐ LOVERS' QUARREL
- 07 ☐ MERCY KILLING
- 08 ☐ OTHER FELONY INVOLVED
- 09 ☐ OTHER CIRMSTANCES
- 10 ☐ UNKNOWN CIRMSTANCES

**INJURY TYPE (CHECK UP TO FIVE)**
- N ☒ NONE
- B ☐ BROKEN BONES
- I ☐ POSS. INT. INJURY
- L ☐ SEVERE LACERATION
- M ☐ MINOR INJURY
- O ☐ MAJOR INJURY
- T ☐ LOSS OF TEETH
- U ☐ UNCONSCIOUSNESS

**VICTIM CONNECTED TO OFFENSE NUMBER ABOVE:**
1. ☐   4. ☐
2. ☒   5. ☐
3. ☐

**RELATIONSHIP OF VICTIM TO OFFENDER**
- SE ☐ SPOUSE
- CS ☐ COMMON-LAW SPOUSE
- PA ☐ PARENT
- SB ☐ SIBLING
- CH ☐ CHILD
- GP ☐ GRANDPARENT
- GC ☐ GRANDCHILD
- IL ☐ IN-LAW
- SP ☐ STEP PARENT
- SC ☐ STEP CHILD
- SS ☐ STEP SIBLING
- OF ☐ OTHER FAMILY
- AQ ☒ ACQUAINTANCE
- FR ☐ FRIEND
- NE ☐ NEIGHBOR
- BE ☐ BABYSITTEE ( BABY)
- BG ☐ BOY / GIRL FRIEND
- CF ☐ CHILD OF "B/G" ABOVE
- HH ☐ HOMESEXUAL REL.
- XS ☐ EX-SPOUSE
- EE ☐ EMPLOYEE
- ER ☐ EMPLOYER
- OK ☐ OTHERWISE KNOWN
- ST ☐ STRANGER
- VO ☐ VICTIM WAS OFFENDER
- RU ☐ RELATIONSHIP UNKNOWN

IS THE VICTIM A COLLEGE STUDENT  ☐ YES  ☒ NO
DID OFFENSE OCCUR ON CAMPUS  ☐ YES  ☒ NO  COL: ☐
DOMESTIC VIOLENCE  ☐ YES  ☒ NO
VICTIM TRANSPORTED TO SAFE PLACE  ☐ YES  ☒ NO
DID INCIDENT INVOLVE A VIOLATION OF AN ORDER OF PROTECTION  ☐ YES  ☐ NO

**NEGLIGENT MANSLAUGHTER (CHECK ONE)**
- 30 ☐ CHILD PLAYING WITH GUN
- 31 ☐ GUN CLEANING ACCIDENT
- 32 ☐ HUNTING ACCIDENT
- 33 ☐ OTHER NEGLIGENT WEAPON HANDLING
- 34 ☐ OTHER NEGLIGENT KILLING

**JUSTIFIABLE HOMICIDE (CHECK ONE)**
- 20 ☐ CRIMINAL KILLED BY PRIVATE CITIZEN
- 21 ☐ CRIMINAL KILLED BY POLICE OFFICER / LAW ENFORCEMENT OFFICIAL

WARRANT SIGNED BY (DOMESTIC VIOLANCE ONLY)
☐ OFFICER  ☐ VICTIM  ☐ BOTH

**JUSTIFIABLE HOMICIDE CIRCUMSTANCES (CHECK ONE)**
- A ☐ ATTACKED POLICE OFFICER & THAT OFFICER KILLED CRIMINAL
- B ☐ ATTACKED OFFICER & FELLOW OFFICER KILLED CRIMINAL
- C ☐ CRIMINAL ATTACKED A CIVILIAN
- D ☐ ATTEMPTED FLIGHT FROM A CRIME
- E ☐ KILLED IN COMMISSION OF A CRIME
- F ☐ RESISTED ARREST
- G ☐ UNABLE TO DETERMINE / NOT ENOUGH INFORMATION

CASE #  021229_395382119